CMMC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Victor Alfonso SOTO Aguilar,<br>Jose Ramon GERALDO Romero<br><br>Defendants. | Case No.: '21 MJ02038<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324 (a)(1)(A)(i) and (v)(II) - Attempted Bringing in of Aliens at Other Than a Port of Entry (Felony) |

The undersigned complainant being duly sworn states:

On or about May 20, 2021, within the Southern District of California, defendants Victor Alfonso SOTO Aguilar and Jose Ramon GERALDO Romero, with the intent to violate the immigration laws of the United States, knowing that certain individuals, namely, Miguel BADILLO Avendano, Juan GARCIA Flores, Domingo HERNANDEZ Aparacio, Delfino LOPEZ Basurto, Cesar MACIAS Luna, Cesar MADEVA Murillo, Santiago MENDEZ Lopez, Jose MARIA De La Rosa, Yonny MORA Pelayo, Mario PRUDENCIO Guerrero, Juan RANGEL Ventura, Emanuel ROMERO Romero, Luis SANCHEZ Sanchez and Rogelio PEREZ Gutierrez (deceased), are aliens, did attempt to bring to the United States said aliens, at a place other than a designated port of entry or at a place other than as designated by the Commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

//
//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*
Special Agent Adrian Sanders
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st of May 2021.

*[signature]*
KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 20, 2021, at approximately 5:20 a.m., United States Border Patrol (USBP) agents observed a panga-style vessel west of La Jolla, California, with numerous individuals in the water. The individuals appeared to be in distress and USBP agents called San Diego Lifeguards Services for immediate assistance. Eight individuals were rescued from the water by lifeguards; two were recovered landside. The panga-style vessel and its remaining occupants continued to transit north for approximately one quarter mile where it subsequently made landfall near the Children's Pool in La Jolla, California. Five individuals disembarked the panga and were immediately apprehended by USBP agents; one individual was discovered floating in the surf near the vessel, unconscious. At the conclusion of the rescue event, a total of 16 individuals were encountered; 15 individuals were apprehended by USBP agents and one individual was declared deceased on scene.

The USBP identified the 16 individuals as: Victor Alfonso SOTO Aguilar (SOTO); Jose Ramon GERALDO Romero (GERALDO); Miguel BADILLO Avendano (Material Witness 1); Juan GARCIA Flores (Material Witness 2); Domingo HERNANDEZ Aparacio (Material Witness 3); Delfino LOPEZ Basurto (Material Witness 4), Cesar MACIAS Luna (Material Witness 5); Cesar MADEVA Murillo (Material Witness 6); Santiago MENDEZ Lopez (Material Witness 7); Jose MARIA De La Rosa (Material Witness 8); Yonny MORA Pelayo (Material Witness 9); Mario PRUDENCIO Guerrero (Material Witness 10); Juan RANGEL Ventura (Material Witness 11); Emanuel ROMERO Romero (Material Witness 12); Luis SANCHEZ Sanchez (Material Witness 13); Rogelio PEREZ Gutierrez (deceased); all of whom were Mexican citizens without legal right to enter or remain in the United States.

USBP and Homeland Security Investigations (HSI) agents interviewed Material Witnesses (MW) 1-13, each of whom admitted to being a citizen of Mexico.

All interviewed MWs admitted that they lacked lawful documents to enter or reside in the United States. The complainant states that all of the MWs are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impractical to secure their attendance at trial by subpoena; and that they are material witnesses in relation to these criminal changes and should be held or admitted to bail as prescribed in Title 18 United States Code, Section 3144.

During their statements, all MWs admitted that they were paying between $12,000 and $15,000 to be smuggled into the United States. These material witnesses were shown a six-pack photograph line-up and all of the MWs identified SOTO as the captain of the panga who piloted the vessel from Mexico into United States territorial waters. All of the MWs also identified GERALDO as the refueler or person who assisted the captain while underway.

During a post-Miranda statement, SOTO stated he was the captain of the panga vessel. SOTO stated he agreed to captain the vessel in lieu of paying a smuggling fee to enter the United States. SOTO stated he knew it was illegal to enter the United States in this manner.

During a post-Miranda statement, GERALDO stated he acted as a refueler for the panga vessel. GERALDO stated he agreed to assist the captain of the vessel in lieu of paying a smuggling fee to enter the United States.

SOTO and GERALDO were placed under arrest for violation of 8 U.S.C. § 1324.